# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # __6__

*Amaro*

-v-

*Alvarez, et al*

U.S.C.A. # _____

U.S.D.C. # __08-cv-6033__

JUDGE: __KMW__

DATE: __AUGUST 12, 2008__

*[Stamp: AUG 12 2008]*

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): __THOMAS R. PISARCZYK__
FIRM: __U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK__
ADDRESS: __500 PEARL STREET, ROOM 370__
__NEW YORK, NEW YORK 10007__
PHONE NO.: __(212) 805 - 0636__

**DISTRICT COURT DOCKET ENTRIES** ----------------------------------------------------------------

**DOCUMENT DESCRIPTION**                                                      **DOC. #**

__CLERK'S CERTIFICATE__

__SEE ATTACHED LIST OF NUMBERED DOCUMENTS__

(__✓__) Original Record                                        (_____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 12TH Day of __August__, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

*Amaro*

-v-

*Alvarez*

------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08-w-6033

JUDGE: KMW

DATE: AUGUST 12, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered  1  Through ____, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 12TH Day of August In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 233RD year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED, PRO-SE

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-06033-KMW
### Internal Use Only

Amaro v. Alvarez et al
Assigned to: Judge Kimba M. Wood
Demand: $9,999,000
Cause: 42:1983 Civil Rights Act

Date Filed: 07/02/2008
Date Terminated: 07/02/2008
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 07/02/2008 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Valentin Amaro.(mbe) (Entered: 07/23/2008) |
| 07/02/2008 | 2 | COMPLAINT against Denise Alvarez, Joan M. Thompson, Dianne Weisheit, Claudia Paladino. Document filed by Valentin Amaro.(mbe) (Entered: 07/23/2008) |
| 07/02/2008 |   | SUMMONS ISSUED as to Denise Alvarez, Joan M. Thompson, Dianne Weisheit, Claudia Paladino. (mbe) (Entered: 07/23/2008) |
| 07/02/2008 |   | Magistrate Judge Debra C. Freeman is so designated. (mbe) (Entered: 07/23/2008) |
| 07/02/2008 | 3 | ORDER OF DISMISSAL, the court grants plaintiff's request to proceed in forma pauperis, but dismisses the complaint for the following reasons. Plaintiff's request for appointment of counsel is denied. There is no federal cause of action for defamation by private individuals because interest in one's reputation is not a right, privilege or immunity protected by the Constitution or laws of the United States. Accordingly, the complaint, filed in forma pauperis under 28 U.S.C. 1915(a)(1), is dismissed pursuant to 28 U.S.C. 1915(e)(2)(B)(ii). I certify pursuant that any appeal from this order would not be taken in good faith. SO ORDERED. (Signed by Judge Kimba M. Wood on 7/2/2008) (mbe) (Entered: 07/23/2008) |
| 07/02/2008 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 7/2/2008) (mbe) (Entered: 07/23/2008) |
| 07/24/2008 | 5 | NOTICE OF APPEAL from 3 Order Dismissing Complaint (I.F.P.), 4 Judgment - Sua Sponte (Complaint). Document filed by Valentin Amaro. (tp) (Entered: 08/11/2008) |
| 07/24/2008 |   | Appeal Remark as to 5 Notice of Appeal filed by Valentin Amaro. $455.00 APPEAL FEE DUE. IFP REVOKED 7/2/08. (tp) (Entered: 08/11/2008) |
| 08/11/2008 |   | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 5 Notice of Appeal. (tp) (Entered: 08/11/2008) |
| 08/11/2008 |   | Transmission of Notice of Appeal to the District Judge re: 5 Notice of Appeal. (tp) (Entered: 08/11/2008) |